FILED
RICHARD W. NAGEL
CLERK OF COURT

2023 MAR 13  PM 1:24

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WEST. DIV. CINCINNATI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>LUIS ERNESTO VIGIL OCHOA,<br>        Defendant. | CASE NO. <u>1:23-CR-00021</u><br><br>JUDGE <u>  COLE            </u><br><br>INFORMATION<br><br>18 U.S.C. § 1029(a)(8) |

**THE UNITED STATES ATTORNEY CHARGES:**

<u>**COUNT 1**</u>
**(Scanning receiver fraud)**

On or about April 12, 2022, in the Southern District of Ohio, the defendant, LUIS ERNESTO VIGIL OCHOA, knowingly and with intent to defraud used, produced, trafficked in, had control and custody of, and possessed a scanning receiver, said conduct affecting interstate and foreign commerce.

**In violation of 18 U.S.C. § 1029(a)(8).**

**KENNETH L. PARKER**
**UNITED STATES ATTORNEY**

*[signature]*

**TIMOTHY LANDRY (MA 669554)**
**Special Assistant United States Attorney**